a: PLAINTIFF

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of HAWAII

Division

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 14 2020

at 1 o'clock and 45 min. P M
MICHELLE RYNNE, CLERK
"UNPAID, NO IFP SUBM"

Pro Se
Noe K Raquinio

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

County of Hawaii, HPD, unknown officer

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. CV20 00441DKW KJM
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Received By Mail
Date OCT 14 2020

Mailed On
Date OCT 15 2020

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Noe Raquinio
- Address: P.O Box 383444
  - City: Waikoloa
  - State: HI
  - Zip Code: 96738
- County: Hawaii County
- Telephone Number: 808-765-5157
- E-Mail Address: noe8outlook.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: County of Hawaii
- Job or Title (if known): Corporation Counsel
- Address: 101 Ahupuni st. #325
  - City: Hilo
  - State: HI
  - Zip Code: 96720
- County: Hawaii County
- Telephone Number: 808-961-8251
- E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

**Defendant No. 2**
- Name: Hawaii Police Department
- Job or Title (if known):
- Address:
  - City: Kailua Kona
  - State: HI
  - Zip Code: 96745
- County:
- Telephone Number: 808-329-0243
- E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address

  City    State    Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address

  City    State    Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   False arrest, physical abuse, failure to render aid. 14th amendment, Civil Rights Act of 1871 4th amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The department is responsible for officers. County is responsible for HPD and Counsel responsible for County. Officers were on duty in uniform. Representing HPD.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Kohanaiki Beach Park on County rd. Between the entrance and the beach. 1 mile from the beach.
Forced to post bail 250.00$

B. What date and approximate time did the events giving rise to your claim(s) occur?

Sat. 9/26/2020  9:30 Am.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was Beat up by 4 unknown police after I confronted the security about why the beach gate was locked when the beaches reopened on 9/20/2020. The employee then got mad and giving no explanation why Beach goers have to park ave vehicles on Highway and walk 3 miles to get to ocean. He then called Cops as I walked away to walk 2 more miles. Halfway there is where they ran me down and beat me up, first He put his Knee on my neck cutting the blood flow to my brain then spent 15 min. Trying to break my legs while I was in shackles face down, crossing my legs bending them towards my back, He eventually gave up from exhaustion. Then called the blue & white and charged me for disorderly Conduct. He started by asking for I.D. Then he grabbed me (stop resisting)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

L5 S1 Damage to lower lumbar that's been previously (fused) 2018. Right arm Rotator cuff torn Damaged. Referred to specialist Dr. Graham, Neuro surgeon.

Right Hand is numb. (nerve Damage from the officer knee when he formed on my neck. (george floyd) (move) (nerve Damage).

Waiting for Approval for MRI to show internal damage.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Seeking relief starting at 50,000.00 — 175,000.00 depending on the procedures to be preformed.

Plus pain & suffering and Mental Health to be awarded by the court. Including attorney fee's & costs, and all Medical billing cost.

Stop Tampering with my family Vehicles (Breaking cars) (3 broken cars)
Stop Spying and following me
Stop Trespassing in our property.
Notice To Cease and Desist.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/5/2020

Signature of Plaintiff _____
Printed Name of Plaintiff   Noe Raquino

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney _____
Bar Number              _____
Name of Law Firm        _____
Address                 _____
                         City         State     Zip Code
Telephone Number        _____
E-mail Address          _____