Noe Raquinio

pobox 383444

Waikoloa, Hi 96738

808-765-5157

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 24, 2021, 12:39pm
Michelle Rynne, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | | |
|---|---|---|
| Noe Raquinio | ) | CASE NO. 20-CV-00441-DKW-KJM |
| Plaintiff, | ) | PLAINTIFF OPPOSITION AGAINST |
| | ) | DEFENDANT MOTION TO STAY OF |
| | ) | PROCEEDINGS |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| | ) | |
| County of Hawaii | ) | |
| HPD | ) | |
| Defendants, | ) | |

### PLAINTIFF OPPOSITION AGAINST DEFENDANTS MOTION
### STAY OF PROCEEDINGS

In response to defendants motion, the state court case involving the same arrest was only for the medical billing of 10,488.00 of my shoulder and lumbar spine [lower back] Medical MRI that were conducted is proof of the injurie that occurred On the day of the arrest while I was in there custody. This was the sole reason for the district court case. I will explain my action is and reason for these action despite what defendants counsel thinks or said or has filed. Since that case

has been dismissed without prejudice I have had to have an operation and reconstruction of my biceps muscle in 5 different areas throughout my right should just to reattach the muscle its self along with a dislocated shoulder socket which couldn't even apply anchors because of the cartilage was shredded to looks like feathers. The full details to images took by Dr. Reddy is the direct evidence to understand how much force was being applied during the civil rights violation occurred Sept. 26. The reasons stated below are satisfying and the evidence offered should more than one fact and legal facuation which based on section 42 USC 1983 DEMAND FOR JURY TRIAL has been 1/24/22 and all other dates have also been established and set. Since the operation the value of this case has exceeded the District court of the Third Circuit and I have already abandoned that civil case for that reason being including each reason stated below.

### REASON 1

The judicial rules in the state court system in Hawaii follow the same federal rules of civil procedure, or at least try there best to follow. In Hawaii each island control their own government within that Island, example: Hawaii County court circuit exist only on the big island known as the THIRD CIRCUIT COURT. District Court of the Third Circuit has a CAP on the amount in controversy, That amount I claimed for is below that district court cap.

### REASON 2

I have been barred by Third Circuit Court Judge Roberts D.S. Kim from bringing any case pro se for previous litigation within the same corporation and Police therefore due to prejudice and unfairness even though the total damages fall within their amount available It will not be herd pro se. With that being said I rely on my federal rights for justice.

### REASON 3

It's a known fact that challenging a municipal county and its Police

department in its own county is an automatic dismiss without prejudice because no member of the court can go up against any other member of that court. It's the rules of the court if any member tries to go against another member the group will disbar that member. Therefore even with a local attorney ones case cannot be won in that jurisdiction. That's why I filed 42 USC 1983 in federal Court and pursuing that right because of the corrupt illegal tactics that the county applies example: Using a rolodex date stamp to turn back the clock on there filing stamp by the way is forgery like they just did in the District court on my summary judgment motion in which they continuously withhold documentation and stamp a rolled back date which the clerks cant tell because they use the same ink, which looks like to the administrator that I failed to answer my opponents filing which is how the county of Hawaii wins all there cases. This has happened in every case involving there corporation counsel attorneys. It's a pattern of practice that I been monitoring for day 1.

### REASON 4

As Pro Se individual under section 42 USC 1983 is the correct setting to addressee the federal violations which exceeds the cap of the state courts. Therefore jurisdiction for the federal violations must be held outside of the state's courts because of Constitution of the United States which protects American citizens from corrupt practices that fall within the local state courts which benefits only those members of their courts. This only applies when a individual is going against all odd such as County of Hawaii, Hpd. Like I myself have been doing and will continue to do so until I see compensation for their abuse of practice and abuse of force.

### CONCLUSION

Fore the above fore reasons and United States Code and the laws bound by the United States Constitution and the protections afforded by the 4th

amendment and Federal Rules of Civil Procedure and in the interest of justice to see this case continue and to see it threw the entire trial process and the deliberation of the jury's verdict.

DATE: 2/24/2021

Sign: _____

Noe Raquinio
P.O. Box 383444
Waikoloa, Hi 96738
808-765-5157

## CERTIFICATE OF SERVICE

I, Noe Kim Raquinio, hereby certify that I am PRO SE (Noe Kim Raquinio) and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Motion to be placed in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below, which is (are) the last known address(es) of said defendant(s), and deposited said envelope(s) in the United States mail.

Dated: 2/24/2021

SIGN: _____
Noe Raquinio
P.O. Box 383444
Waikoloa, Hi 96738
808-765-5157